

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. #2019R00181

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 6, 2019

<u>By E-mail</u>

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Mamunar Khan
<u>Criminal Docket No. 19-MJ-330 (PK)</u>

Dear Judge Kuo:

The government respectfully submits this letter to request that the Court order that the complaint and arrest warrant in the above-captioned matter be unsealed as the defendant was arrested on May 4, 2019.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:     _____/s/_____
Andrew D. Grubin
Assistant U.S. Attorney
(718) 254-6322

Enclosure

cc:     Clerk of Court (by E-mail)

F.# 2019R00181

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MAMUNAR KHAN,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 19-MJ-330 (PK) (PK)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Grubin, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
        May 6_____, 2019

_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK