# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Peggy Kuo__   Date: __5/06/2019__

Magistrate Case Number: __19-330M__   LOG #: __4:41 - 5:10__

Defendant's Name: __Mamunar Khan__

__✓__ Court appointed counsel.   ____ Defendant retained counsel.

Defense Counsel: __James Darrow__   CJA: ___   FDNY: _X_   RET: ___

A.U.S.A. __Andrew Grubin__   Clerk: __F. Chin__

Interpreter: _____   Language: _____

_X_ ARRAIGNMENT on Complaint held.   ____ Government Agent Sworn

_✓_ DETENTION HEARING Held:   _✓_ Government opposed bail for reasons stated on the record.

_✓_ Bond set at __$600,000__.   ____ Bond set on consent of both parties.

Defendant: _✓_ released   ____ held pending satisfaction of bond conditions.

_✓_ Defendant advised of bond conditions set by the Court and signed the bond.

_1_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Preliminary Hearing set for: _____ ; or   _✓_ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

  ____ Identity hearing held. Court ____ orders removal ____ denies removal

  ____ Defendant waives: ____ identity hearing ____ preliminary hearing

  ____ Identity/ Removal Hearing set for: _____

  ____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __Dfse counsel presented a bail package with 1 surety and property; gov't opposed; court sets bond @ $600,000__