**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 13, 2019

BY ECF

The Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Mamunar Khan*, No. 19-mj-330

Your Honor:

      The Federal Defenders was appointed last week to represent Mamunar Khan for arraignment purposes in this prosecution. Mr. Khan does not yet have retained counsel. I write to respectfully request that the deadline for the completion of Mr. Khan's confession of judgment be extended from May 13, 2019, to May 17, 2019—the additional time will enable Mr. Khan to consummate his retainer, and new counsel to complete the confession of judgment process.

      The government does not object to this application.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Tel. (718) 407-7419
james_darrow@fd.org

*Attorneys for Mamunar Khan*

cc:     Counsel of record (by ECF)