UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                                 19-MJ-330 (LB)

MUMUNAR KHAN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Andrew D. Grubin from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Andrew D. Grubin
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6322
    Fax: (718) 254-7508
    Email: Andrew.grubin2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Andrew D. Grubin at the email address set forth above.

Dated: Brooklyn, New York
May 13, 2019

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

By:   /s/ Andrew D. Grubin
        Andrew D. Grubin
        Assistant U.S. Attorney

cc: Clerk of the Court (LB) (by ECF)