# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

May 20, 2019

BY ECF

The Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Mamunar Khan*, No. 19-mj-330

Your Honor:

The Federal Defenders was appointed to represent Mamunar Khan for arraignment purposes only. Mr. Khan does not yet have retained counsel, and has not yet been indicted. I write to respectfully request that the deadline for the completion of Mr. Khan's confession of judgment be extended to May 24, 2019—the additional time will enable Mr. Khan to consummate his retainer and new counsel to complete the confession of judgment process.

The government does not object to this application. A previous motion to extend the same deadline remains pending.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Tel. (718) 407-7419
james_darrow@fd.org

*Attorneys for Mamunar Khan*

cc: Counsel of record (by ECF)